Scott L. Johnson, SBN 184295
Hannah E. Mohr, SBN 294193
**MATIASIC & JOHNSON LLP**
44 Montgomery Street, Suite 3850
San Francisco, CA 94104
Phone: 415.675.1089
Facsimile: 415.675.1103


Attorneys for Plaintiffs
JONARD DELDIO and RANDA ENGEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONARD DELDIO; RANDA ENGEL,<br><br>Plaintiffs,<br><br>vs.<br><br>RODNEY OLSON; PACCAR FINANCIAL; and DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | CASE NO. 2:16-CV-02318-CKD<br><br>**STIPULATION FOR DISMISSAL AND ORDER** |

**WHEREAS** Plaintiffs Jonard Deldio and Randa Engel initially filed their Complaint in the Superior Court for the County of Sacramento (Case No. 34-2016-0019821) on August 2, 2016;

**WHEREAS** this action was removed from the Superior Court for the County of Sacramento to the United States District Court for the Eastern District of California on the basis of diversity jurisdiction on September 28, 2016;

**WHEREAS** Defendants Rodney Olson, Sunrise Express, Inc., and PACCAR Financial (collectively referred to as "Defendants") filed an Answer to the Complaint on October 5, 2016;

**WHEREAS** this Court granted Defendants' Motion For Partial Judgment on the Pleadings as to the loss of consortium claim asserted by Plaintiff Randa Engel on January 11, 2017;

**WHEREAS** Plaintiff Jonard Deldio and Defendants participated in a mediation on March 15, 2017, and reached a settlement of all claims;

**THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff Jonard Deldio and Defendants, by and through their designated counsel of record, that the above-entitled action should be dismissed, with prejudice, with each party to bear their own attorney's fees and costs.

**IT IS SO STIPULATED**.

Dated: April 11, 2017       MATIASIC & JOHNSON, LLP

                            By: */s/ Scott L. Johnson*

                                Counsel for Plaintiff
                                Jonard Deldio

Dated: April 11, 2017       CHOLAKIAN & ASSOCIATES, APC

                            By: */s/ Russell Mortyn*

                                Counsel for Defendants
                                Rodney Olsen, Sunrise Express, Inc.,
                                and PACCAR Financial

2

Stipulation For Dismissal & [Proposed] Order
*Deldio v. Olsen, et al.*; Case No. 2:16-CV-02318-JAM-CKD

# **ORDER**

The Court having considered the stipulation of the parties, and for good cause appearing thereof, hereby orders as follows:

(1) This action is dismissed in its entirety, with prejudice, with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated: April 14, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Matiasic & Johnson LLP
44 Montgomery Street, Suite 3850
San Francisco, CA 94104